DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**123 DANCE, LLC,** a New York limited liability company,
**WILLIAM SPRAGUE** and **OLENA SPRAGUE,**
Appellants,

v.

**NEW YORK DANCE ENTERPRISES, INC.,**
a Florida corporation,
Appellee.

Nos. 4D22-1015 and 4D22-1278

[December 1, 2022]

Consolidated appeals of nonfinal orders from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2021-CA-012261-XXXX-MB.

Derek J. Angell of Roper, P.A., Orlando, for appellants.

Robert M. Einhorn and Michael D. Braunstein of Zarco Einhorn Salkowski & Brito, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***